**Appeal Reinstated and Order filed October 13, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00361-CV
_____

### IN THE INTEREST OF A.Y.C., A CHILD, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-02304J**

## ORDER

On October 4, 2022, we abated this appeal for appointment of new counsel. A supplemental clerk's record has been filed that reflects Michael F. Craig was appointed October 4, 2022.

Accordingly, the appeal is reinstated and appellant's brief is due October 24, 2022.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.